IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNIVERSITY OF WISCONSIN HOSPITAL
AND CLINICS AUTHORITY ,

    Plaintiff,

  v.

AETNA LIFE INSURANCE COMPANY,
AETNA HEALTH AND LIFE INSURANCE
COMPANY and AETNA HEALTH
INSURANCE COMPANY,

    Defendants.

ORDER

14-cv-882-jdp

---

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this 8th day of January, 2015.

                        BY THE COURT:

                        /s/

                        _____
                        JAMES D. PETERSON
                        District Judge