IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNIVERSITY OF WISCONSIN
HOSPITAL AND CLINICS
AUTHORITY,                                                             JUDGMENT IN A CIVIL CASE

    Plaintiff,                                                                 Case No.  14-cv-882-bbc

    v.

KAY KAY REALTY CORP. FLEXIBLE
BENEFIT PLAN, AETNA LIFE
INSURANCE COMPANY, AETNA
HEALTH AND LIFE INSURANCE
COMPANY, AND AETNA HEALTH
INSURANCE COMPANY,

    Defendants.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendants Aetna Life Insurance Company and Kay-Kay Realty Corp. Flexible Benefit Plan and against plaintiff University of Wisconsin Hospital and Clinics Authority. Plaintiff's § 502(a)(1)(B) claim and its claim that defendants violates § 503 is dismissed with prejudice.


    s/V. Olmo, Deputy Clerk                           12/15/2015
    Peter Oppeneer, Clerk of Court                  Date